UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

MICHAEL SCOTT BRANDT,

                Plaintiff,

        v.                                              9:13-CV-533
                                                               (FJS/DJS)

DR. REBECCA ACKERMAN RAPHAEL, Psychiatrist,
Hudson Valley Psychiatric Association; and DR.
JAMES BOVE, Psychiatrist, Hudson Valley Psychiatric
Association,

                Defendants.
_____

APPEARANCES                              OF COUNSEL

**MICHAEL SCOTT BRANDT**
92 East Chester Street
Kingston, New York  12401
Plaintiff *pro se*

**SMITH, SOVIK, KENDRICK**        **KEVIN E. HUSLANDER, ESQ.**
 **& SUGNET, P.C.**                  **CHRISTOPHER F. DeFRANCESCO, ESQ.**
250 South Clinton Street, Suite 600
Syracuse, New York 13202
Attorneys for Defendant Raphael

**O'CONNOR, O'CONNOR, BRESEE**    **DENNIS A. FIRST, ESQ.**
 **& FIRST, P.C.**                     **ANNE M. HURLEY, ESQ.**
20 Corporate Woods Boulevard
Albany, New York 12211
Attorneys for Defendant Bove

**SCULLIN, Senior Judge**

## ORDER

      Currently before the Court is Magistrate Judge Stewart's March 25, 2016 Report-Recommendation and Order, in which he recommended that this Court grant Defendants' motions for summary judgment.  *See* Dkt. 75.  The parties did not file any objections to this recommendation.

When a party does not object to a magistrate judge's report-recommendation, the court reviews that report-recommendation for clear error or manifest injustice. *See Linares v. Mahunik*, No. 9:05-CV-625, 2009 WL 3165660, *10 (N.D.N.Y. July 16, 2009) (citation and footnote omitted). After conducting this review, "the Court may 'accept, reject, or modify in whole or in part, the . . . recommendations made by the magistrate judge.'" *Id*. (quoting 28 U.S.C. § 636(b)(1)(C)).

The Court has reviewed Magistrate Judge Stewart's March 25, 2016 Report-Recommendation and Order for clear error and manifest injustice; and, finding none, the Court hereby

**ORDERS** that Magistrate Judge Stewart's March 25, 2016 Report-Recommendation and Order is **ACCEPTED in its entirety** for the reasons stated therein; and the Court further

**ORDERS** that Defendants' motions for summary judgment, *see* Dkt. Nos. 55, 57, are **GRANTED**; and the Court further

**ORDERS** that the Clerk of the Court shall enter judgment in favor of Defendants and close this case; and the Court further

**ORDERS** that the Clerk of the Court shall serve a copy of this Order on the parties in accordance with the Local Rules.

**IT IS SO ORDERED**.

Dated: April 18, 2016
      Syracuse, New York

                                        Frederick J. Scullin, Jr.
                                        Senior United States District Court Judge